(No. 73-CC-423—)

PUBLIC ELECTRIC CONSTRUCTION COMPANY, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF GENERAL SERVICES.

*Opinion filed November 12, 1974.*

LANDESMAN & SCHWARTZ, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.